LOCAL BANKRUPTCY RULES

LOCAL BANKRUPTCY FORM 9014-3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  VICTOR CABRERA and              :   Chapter:    11
        KELDA CABRERA,                  :
                                        :
        Debtors                         :   Bankruptcy No.13-14069REF
* * * * * **************************************************************

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Victor Cabrera, et al, has filed **MOTION TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 11 CASE PURSUANT TO FEDERAL TULE OF BANKRUPTCY PROCEDURE 9023 AND 11 U.S.C. S105** with the court for Reinstatement of Chapter 11 proceedings and time to file plan of reorganization as required.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before XX/XX/XX you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    400 Washington Street, Suite 300
    Reading, PA 19601

FILED
OCT 17 2013
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    Victor Cabrera
    [Firm name] ........................................
    [Address] ..104 Wyomissing Blvd, jWyomissing PA 19610
    [Phone No.]...610-454-8079..........
    [Fax No.]...................................

List of all creditors to be served enclosed

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on 11/14/2013, at 11:00 AM in Courtroom 1, United States Bankruptcy Court, (address of Bankruptcy Court). Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 10/17/2013